O

1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  COUNTY OF SAN            )   Case No. EDCV 09-0082-VAP
    BERNARDINO,              )   (JTLx)
12                           )
                 Plaintiff,  )   **[Motion filed on March 2,**
13                           )   **2010]**
          v.                 )
14                           )   **ORDER (1) VACATING HEARING**
    UNITED STATES OF         )   **SET FOR MAY 10, 2010 at 2**
15  AMERICA, BUREAU OF LAND  )   **P.M., (2) GRANTING**
    MANAGEMENT; DIRK         )   **DEFENDANTS' MOTION TO**
16  KEMPTHORE, an individual )   **DISMISS, and (3) DENYING**
    in his official          )   **PLAINTIFF'S MOTION FOR**
17  capacity; JIM CASWELL,   )   **SUMMARY JUDGMENT AS MOOT**
    an individual in his     )
18  official capacity; and   )
    DOES 1 through 10,       )
19                           )
                 Defendants. )
20  _____)

21

22       The Court has received and considered all papers

23  filed in support of the Motion to Dismiss filed by

24  Respondents United States of America, Bureau of Land

25  Management ("BLM"); Ken L. Salazar, in his official

26  capacity as Secretary of the Interior; Robert V. Abbey,

27  in his official capacity as Director of the BLM; and DOES

28  1 through 25, each in their official capacities as

1  officers, agents, or employees of the United States

2  Department of the Interior ("DOI") or the BLM

3  (collectively, "Respondents").  Respondent's Motion is

4  appropriate for resolution without a hearing.  <u>See</u> Fed.

5  R. Civ. P. 78; L.R. 7-15.  The Court VACATES the hearing

6  set for May 10, 2010 at 2 p.m.

7

8      Petitioner County of San Bernardino ("Petitioner")

9  filed a "Petition for Writ of Mandate to Compel United

10  States of America, Bureau of Land Management, et al. to

11  Process Application for Recordable Disclaimer"

12  ("Complaint") on January 14, 2009.  (Doc. No. 1.)  In the

13  Complaint, Petitioner alleges Respondents have

14  unreasonably delayed in issuing a decision on its

15  "Application for Recordable Disclaimer of Interest for

16  Camp Rock Road" ("Application").

17

18      On March 2, 2010, Petitioner filed a Motion for

19  Summary Judgment, and a Statement of Uncontroverted Facts

20  and Conclusions of Law, set for a hearing June 15, 2010.

21  (Doc. Nos. 39-40.)  On March 30, 2010, Respondents filed

22  a "Motion to Dismiss the Case" or in the alternative a

23  "Continuance of Time to File Cross-Motion for Summary

24  Judgment and Response to Petitioner's Motion for Summary

25  Judgment."  (Doc. No. 44.)

26

27

28

1    On March 19, 2010, Defendants filed a Motion to

2  Dismiss ("Motion").   In the Motion, Respondents argue the

3  Complaint is moot because the BLM issued a decision on

4  Petitioner's Application on March 26, 2010, which

5  Respondents' attach to the Motion as Exhibit 1.   On April

6  19, 2010, Defendants filed a Notice of Non-Opposition.

7

8    Under Local Rule 7-9, a party must file opposition

9  papers no later than 21 days before the date designated

10  for the hearing of the motion.   Petitioner filed no

11  timely opposition.   Under Local Rule 7-12, the Court

12  finds Petitioner has consented to granting the Motion and

13  accordingly DISMISSES Petitioner's Complaint, without

14  prejudice.   The Court DENIES Petitioner's Motion for

15  Summary Judgment, as moot.

16

17    IT IS SO ORDERED.

18

19

20  Dated:  May 4, 2010                        _____
                                                        VIRGINIA A. PHILLIPS
21                                              United States District Judge

22

23

24

25

26

27

28

3