JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN BERNARDINO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, BUREAU OF LAND MANAGEMENT; DIRK KEMPTHORE, an individual in his official capacity; JIM CASWELL, an individual in his official capacity; and DOES 1 through 10,<br><br>    Defendants. | Case No. EDCV 09-0082-VAP (JTLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 4, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge